IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00796-RPM

CAROLINA CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

MOUNTAIN STATES HOTSHOT, LLC, and
JON D. BRACH

    Defendants/Counterclaimants

---

**ORDER RE: DEFENDANTS'/COUNTERCLAIMAINTS' MOTION TO AMEND ANSWER/COUNTERCLAIMS TO INCLUDE ADDITIONAL AVERMENTS REGARDING REFORMATION OF THE INSURANCE CONTRACT**

---

The COURT, having received and considered Defendants'/Counterclaimants' Motion to Amend Answer/Counterclaims to Include Additional Averments Regarding Reformation of the Insurance Contract, any responsive pleadings, and being fully informed in the matter, does hereby: FIND that the request for amendment is supported by Fed. R. Civ. P. 15(a)(2) and good cause and thereby GRANTS the request for amendment. Defendants'/counterclaimants' Second Amended Answer to Complaint for Declaratory Relief (Doc. 1) and Counterclaims for Damages and Declaratory Relief is accepted as filed as of the date of this Order.

IT IS SO ORDERED.

DATED: July 1st, 2015

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge