# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: January 27, 2016
Courtroom Deputy: Robert R. Keech
FTR Technician: Kathy Terasaki

---

Civil Action No. **15-cv-00796-RPM**                Counsel:

**CAROLINA CASUALTY INSURANCE**                Brian J. Spano
**COMPANY**,                                                            Lyndsay K. Arundel

     Plaintiff,

v.

**MOUNTAIN STATES HOTSHOT LLC, and**        J. Keith Killian
**JON D. BRACH**,                                                       Andrew S. Petroski

     Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING:** Plaintiff's Motion for Summary Judgment and Memorandum Brief in Support Thereof [ECF Doc. No. 27]

**2:53 p.m.**   **Court in session.**

     Court calls case.

     Appearances of counsel.

     Plaintiff's Motion for Summary Judgment and Memorandum Brief in Support Thereof [ECF Doc. No. 27], filed August 14, 2015, is raised for argument.

2:59 p.m.   Argument by plaintiff by Mr. Spano.

3:11 p.m.   Argument by defendants by Mr. Killian.

3:28 p.m.   Argument by plaintiff by Mr. Spano.

2

**ORDERED:**   Plaintiff's Motion for Summary Judgment and Memorandum Brief in Support Thereof [ECF Doc. No. 27], filed August 14, 2015, stands **SUBMITTED.**

**3:33 p.m.**     **Court in recess.**

**<u>Hearing concluded.  Total time:  40 minutes.</u>**

2